## FONTAINE *v.* McNAB.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR
THE SOUTHERN DISTRICT OF GEORGIA.

No. 205.   Argued March 17, 1880. — Decided March 29, 1880.

The court finds the disputed facts in favor of the appellee, and enters a
decree accordingly.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.
From the evidence in this case we find:

1. That the trust deed from Flewellyn to Shorter was duly
executed and delivered.   Under the ruling of the Supreme Court
of Georgia in *Dinkins* v. *Moore,* 17 Ga. 62, there was sufficient
proof of delivery to authorize the record.

2. That the deed, when executed and delivered, had upon it
internal revenue stamps to the amount of thirty dollars, which
was all that was required.

3. That the deed, including the stamp, was properly recorded,
March 15, 1867.   And —

4. That at the time of the advertisement for sale under the trust
deed there was no newspaper published in Quitman County, and
that the Cuthbert Appeal had a general circulation in that county.

There is no dispute but that upon this state of facts the decree
below must be affirmed, and it is consequently so ordered.

*Affirmed.*

*Mr. R. J. Moses* for appellant.

*Mr. A. R. Lawton* for appellee.